```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 20921
    IVORY J THOMAS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-5432


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 05/25/2005 and was confirmed 07/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/10/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST          PRINCIPAL
                                                            PAID              PAID
-----------------------------------------------------------------------
AMERICREDIT                SECURED            8655.68       1114.08           5503.00
AMERICREDIT                FILED LATE         4215.84           .00               .00
CITY OF CHICAGO WATER DE   SECURED             348.14         45.26            221.18
BANK OF NEW YORK           CURRENT MORTG          .00           .00               .00
NATIONAL CITY              SECURED            3529.65        462.05           2242.66
NATIONAL CITY              UNSECURED        NOT FILED           .00               .00
AMERICAN GENERAL FINANCE   UNSECURED          5629.03           .00               .00
ASPIRE VISA                UNSECURED        NOT FILED           .00               .00
BENEFICIAL                 UNSECURED        NOT FILED           .00               .00
CAPITAL ONE                UNSECURED        NOT FILED           .00               .00
AT & T WIRELESS            UNSECURED        NOT FILED           .00               .00
LAWERNCE FRIEDMAN PC       NOTICE ONLY      NOT FILED           .00               .00
NEXTEL                     UNSECURED        NOT FILED           .00               .00
ORCHARD BANK               UNSECURED        NOT FILED           .00               .00
PRA AG FUNDING LLC         UNSECURED        NOT FILED           .00               .00
SELECT PORTFOLIO SERVICI   NOTICE ONLY      NOT FILED           .00               .00
SOUTHWEST CREDIT SYSTEM    NOTICE ONLY      NOT FILED           .00               .00
THE ASSOCIATES             UNSECURED        NOT FILED           .00               .00
BANK OF NEW YORK           MORTGAGE ARRE     5216.41            .00           3509.10
AMERICAN GENERAL FINANCE   NOTICE ONLY      NOT FILED           .00               .00
B-LINE LLC                 UNSECURED         2640.57            .00               .00
LEGAL HELPERS PC           DEBTOR ATTY      2,200.00                          2,200.00
TOM VAUGHN                 TRUSTEE                                              802.67
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  16,100.00

PRIORITY                                          .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 20921 IVORY J THOMAS
```

```
SECURED                                                    11,475.94
    INTEREST                                                1,621.39
UNSECURED                                                        .00
ADMINISTRATIVE                                              2,200.00
TRUSTEE COMPENSATION                                          802.67
DEBTOR REFUND                                                    .00
                                     ---------------    ---------------
TOTALS                                    16,100.00          16,100.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```